# Court of Appeals
# of the State of Georgia

ATLANTA, May 07, 2024

*The Court of Appeals hereby passes the following order*

### A24D0312. ANNA HABERSHAM WRIGHT et al v. THE CITY OF SAVANNAH ZONING BOARD OF APPEALS et al.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SPCV2300213



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, May 07, 2024.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen , Clerk.*